UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16 B 17385 |
| | CHAPTER 13 |
| ISMAEL LOZANO | |
| | JUDGE JACQUELINE P COX |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, M.O. Marshall files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Us Bank Trust Na

**Final Cure Amount**

| Court Claim | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 5 | XXXXXX2337 | $69,014.12 | $59,787.00 | $59,787.00 |
| Total Amount Paid by Trustee | | | | | $59,787.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 16-17385-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 East Monroe, Suite 3850, Chicago, Il 60603 or by the methods indicated on this 18th day of August, 2021.

Debtor:
ISMAEL LOZANO
3125 N. Kimball Ave.
Chicago, Il 60618

ELECTRONIC SERVICE:
THE SARIKAS LAW GROUP LLC
4723 W Belmont Ave
Chicago, Il 60641
via Clerk's ECF noticing procedures

Mortgage Creditor:
MANLEY DEAS KOCHALSKI LLC
Po Box 165028
Columbus, Oh 43216-5028

Mortgage Creditor:
CODILIS & ASSOCIATES
15W030 N Frontage Rd # 100
Burr Ridge, Il 60527

Creditor:
US BANK TRUST NA
% Sn Servicing Corp
323 5Th St
Eureka, Ca 95501

ELECTRONIC SERVICE - United States Trustee

Date: August 18, 2021

/s/ M.O. MARSHALL
M.O. MARSHALL
Chapter 13 Trustee
55 East Monroe, Suite 3850
Chicago, Il 60603