**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Ismael Lozano |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 16-17385 |

# Form 4100R
## Response to Notice of Final Cure Payment       10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 2 3 3 7

**Court claim no.** (if known): 1-1

**Property address:** 3125 N. Kimball Ave.
Number   Street

Chicago          IL       60618
City            State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   __/__/____
                                                               MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:                          (a) $ 3175.66
  b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 36.88
  c. **Total.** Add lines a and b.    *Total includes a credit of $585.52 in unapplied funds*  (c) $ 2627.02*

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   08/01/2021
                                                                                                                            MM / DD / YYYY

---

Form 4100R                   Response to Notice of Final Cure Payment                    page 1

| Debtor 1 | Ismael Lozano | | | Case number *(if known)* 16-17385 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Molly Slutsky Simons
Signature

Date 09/08/2021

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone (513) 444 - 4100

Email: bankruptcy@sottileandbarile.com

| Date rec'd | Days | Date Due/ Description | Total Pd. | P&I Amount Posted | Mo Acc Int. | Cum Acc Int. | Pd. Interest | Principal | Escrow Balance | Escrow pmt/ Disb | Arrearage Balance | Arrearage pmt/ Disb | Corp Adv | Corp Adv Pmt/ Disb | Late Chg Bal | Late Chg Pmt/ Disb | Suspense | Prin. Bal. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/24/16 | | BK FILE DATE | | | | 26,037.45 | | | (19,149.67) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 109,208.86 |
| 05/24/16 | | 02/01/13 - 05/01/16 | 36,876.00 | 36,876.00 | 0.00 | 26,037.45 | 26,037.45 | 10,838.55 | (19,149.67) | 0.00 | (36876.00) | (36876.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98,370.31 |
| 05/24/16 | | Escrow Deficiency | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,149.67) | 0.00 | (56025.67) | (19149.67) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98,370.31 |
| 05/24/16 | | Escrow Shortage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,149.67) | 0.00 | (58227.84) | (2202.17) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98,370.31 |
| 05/24/16 | | PS Late Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,149.67) | 0.00 | (58997.12) | (769.28) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98,370.31 |
| 05/24/16 | | PS Corp Advance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,149.67) | 0.00 | (69014.12) | (10017.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98,370.31 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,149.67) | 0.00 | (69014.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98,370.31 |
| | | *Shellpoint* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,149.67) | 0.00 | (69014.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98,370.31 |
| 06/29/16 | 30 | 06/01/16 | 1,533.80 | 921.90 | 614.81 | 614.81 | 614.81 | 307.09 | (18,577.43) | 572.24 | (69014.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39.66 | 98,063.22 |
| 07/13/16 | 30 | 07/01/16 | 1,533.80 | 921.90 | 612.90 | 612.90 | 612.90 | 309.00 | (18,005.19) | 572.24 | (69014.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 79.32 | 97,754.22 |
| 07/14/16 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,779.59) | (2,774.40) | (69014.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 79.32 | 97,754.22 |
| 08/09/16 | 30 | 08/01/16 | 1,533.80 | 921.90 | 610.96 | 610.96 | 610.96 | 310.94 | (20,207.35) | 572.24 | (69014.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 118.98 | 97,443.28 |
| 09/08/16 | 30 | 09/01/16 | 1,533.80 | 921.90 | 609.02 | 609.02 | 609.02 | 312.88 | (19,635.11) | 572.24 | (69014.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 158.64 | 97,130.40 |
| 10/03/16 | | Arrears Payment | 1,407.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,635.11) | 0.00 | (67606.60) | 1407.52 | 0.00 | 0.00 | 0.00 | 0.00 | 158.64 | 97,130.40 |
| 10/05/16 | 30 | 10/01/16 | 1,533.80 | 921.90 | 607.07 | 607.07 | 607.07 | 314.83 | (19,062.87) | 572.24 | (67606.60) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 198.30 | 96,815.57 |
| 11/03/16 | | Arrears Payment | 1,068.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,062.87) | 0.00 | (66538.12) | 1068.48 | 0.00 | 0.00 | 0.00 | 0.00 | 198.30 | 96,815.57 |
| 11/07/16 | 30 | 11/01/16 | 1,533.80 | 921.90 | 605.10 | 605.10 | 605.10 | 316.80 | (18,490.63) | 572.24 | (66538.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 237.96 | 96,498.77 |
| 12/07/16 | 30 | 12/01/16 | 1,533.80 | 921.90 | 603.12 | 603.12 | 603.12 | 318.78 | (17,918.39) | 572.24 | (66538.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 277.62 | 96,179.98 |
| 01/04/17 | | Arrears Payment | 2,136.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (17,918.39) | 0.00 | (64401.16) | 2136.96 | 0.00 | 0.00 | 0.00 | 0.00 | 277.62 | 96,179.98 |
| 01/06/17 | 30 | 01/01/17 | 1,533.80 | 921.90 | 601.12 | 601.12 | 601.12 | 320.78 | (17,346.15) | 572.24 | (64401.16) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 317.28 | 95,859.21 |
| 02/03/17 | | Arrears Payment | 1,068.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (17,346.15) | 0.00 | (63332.68) | 1068.48 | 0.00 | 0.00 | 0.00 | 0.00 | 317.28 | 95,859.21 |
| 02/07/17 | 30 | 02/01/17 | 1,533.80 | 921.90 | 599.12 | 599.12 | 599.12 | 322.78 | (16,773.91) | 572.24 | (63332.68) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 356.94 | 95,536.43 |
| 02/10/17 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,721.87) | (2,947.96) | (63332.68) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 356.94 | 95,536.43 |
| 03/08/17 | 30 | 03/01/17 | 1,533.80 | 921.90 | 597.10 | 597.10 | 597.10 | 324.80 | (19,149.63) | 572.24 | (63332.68) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 396.60 | 95,211.63 |
| 03/09/17 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,758.63) | (1,609.00) | (63332.68) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 396.60 | 95,211.63 |
| 04/04/17 | | Arrears Payment | 2,136.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,758.63) | 0.00 | (61195.72) | 2136.96 | 0.00 | 0.00 | 0.00 | 0.00 | 396.60 | 95,211.63 |
| 04/06/17 | 30 | 04/01/17 | 1,533.80 | 921.90 | 595.07 | 595.07 | 595.07 | 326.83 | (20,186.39) | 572.24 | (61195.72) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 436.26 | 94,884.80 |
| 05/04/17 | 30 | 05/01/17 | 1,533.80 | 921.90 | 593.03 | 593.03 | 593.03 | 328.87 | (19,614.15) | 572.24 | (61195.72) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 475.92 | 94,555.93 |
| 06/05/17 | 30 | 06/01/17 | 1,533.80 | 921.90 | 590.97 | 590.97 | 590.97 | 330.93 | (19,041.91) | 572.24 | (61195.72) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 515.58 | 94,225.01 |
| 06/06/17 | | Arrears Payment | 1,068.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,041.91) | 0.00 | (60127.24) | 1068.48 | 0.00 | 0.00 | 0.00 | 0.00 | 515.58 | 94,225.01 |
| 07/05/17 | 30 | 07/01/17 | 1,533.80 | 921.90 | 588.91 | 588.91 | 588.91 | 332.99 | (18,430.96) | 610.95 | (60127.24) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 516.53 | 93,892.01 |
| 07/06/17 | | Arrears Payment | 1,068.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (18,430.96) | 0.00 | (59058.76) | 1068.48 | 0.00 | 0.00 | 0.00 | 0.00 | 516.53 | 93,892.01 |
| 07/12/17 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (21,366.56) | (2,935.60) | (59058.76) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 516.53 | 93,892.01 |
| 08/03/17 | | Arrears Payment | 1,068.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (21,366.56) | 0.00 | (57990.28) | 1068.48 | 0.00 | 0.00 | 0.00 | 0.00 | 516.53 | 93,892.01 |
| 08/07/17 | 30 | 08/01/17 | 1,533.80 | 921.90 | 586.83 | 586.83 | 586.83 | 335.07 | (20,755.61) | 610.95 | (57990.28) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 517.48 | 93,556.94 |
| 09/06/17 | | Arrears Payment | 2,136.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,755.61) | 0.00 | (55853.32) | 2136.96 | 0.00 | 0.00 | 0.00 | 0.00 | 517.48 | 93,556.94 |
| 09/07/17 | 30 | 09/01/17 | 1,533.80 | 921.90 | 584.73 | 584.73 | 584.73 | 337.17 | (20,144.66) | 610.95 | (55853.32) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 518.43 | 93,219.77 |
| 10/05/17 | 30 | 10/01/17 | 1,533.80 | 921.90 | 582.62 | 582.62 | 582.62 | 339.28 | (19,533.71) | 610.95 | (55853.32) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 519.38 | 92,880.49 |
| 11/03/17 | | Arrears Payment | 1,068.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,533.71) | 0.00 | (54784.84) | 1068.48 | 0.00 | 0.00 | 0.00 | 0.00 | 519.38 | 92,880.49 |
| 11/09/17 | 30 | 11/01/17 | 1,533.80 | 921.90 | 580.50 | 580.50 | 580.50 | 341.40 | (18,922.76) | 610.95 | (54784.84) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 520.33 | 92,539.10 |
| 12/06/17 | | Arrears Payment | 1,066.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (18,922.76) | 0.00 | (53718.60) | 1066.24 | 0.00 | 0.00 | 0.00 | 0.00 | 520.33 | 92,539.10 |

| Date rec'd | Days | Date Due/ Description | Total Pd. | Amount Posted | Mo Acc Int. | Cum Acc Int. | Pd Interest | Principal | Escrow Balance | Escrow pmt/ Disb | Arrearage Balance | Arrearage pmt/ Disb | Corp Adv | Corp Adv Pmt/ Disb | Late Chg Bal | Late Chg Pmt/ Disb | Suspense | Prin. Bal. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/17 | 30 | 12/01/17 | 1,533.80 | 921.90 | 578.37 | 578.37 | 578.37 | 343.53 | (18,311.81) | 610.95 | (53718.60) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 521.28 | 92,195.57 |
| 01/04/18 | | Arrears Payment | 1,066.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (18,311.81) | 0.00 | (52652.36) | 1066.24 | 0.00 | 0.00 | 0.00 | 0.00 | 521.28 | 92,195.57 |
| 01/05/18 | 30 | 01/01/18 | 1,533.80 | 921.90 | 576.22 | 576.22 | 576.22 | 345.68 | (17,700.86) | 610.95 | (52652.36) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 522.23 | 91,849.89 |
| 02/07/18 | | Arrears Payment | 1,066.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (17,700.86) | 0.00 | (51586.12) | 1066.24 | 0.00 | 0.00 | 0.00 | 0.00 | 522.23 | 91,849.89 |
| 02/08/18 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,936.82) | (3,235.96) | (51586.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 522.23 | 91,849.89 |
| 02/21/18 | 30 | 02/01/18 | 1,533.80 | 921.90 | 574.06 | 574.06 | 574.06 | 347.84 | (20,325.87) | 610.95 | (51586.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 523.18 | 91,502.05 |
| 03/07/18 | | Arrears Payment | 1,066.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,325.87) | 0.00 | (50519.88) | 1066.24 | 0.00 | 0.00 | 0.00 | 0.00 | 523.18 | 91,502.05 |
| 03/12/18 | 30 | 03/01/18 | 1,533.80 | 921.90 | 571.89 | 571.89 | 571.89 | 350.01 | (19,714.92) | 610.95 | (50519.88) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 524.13 | 91,152.04 |
| 04/06/18 | | Arrears Payment | 1,066.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,714.92) | 0.00 | (49453.64) | 1066.24 | 0.00 | 0.00 | 0.00 | 0.00 | 524.13 | 91,152.04 |
| 04/06/18 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,323.92) | (609.00) | (49453.64) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 524.13 | 91,152.04 |
| 04/06/18 | 30 | 04/01/18 | 1,533.80 | 921.90 | 569.70 | 569.70 | 569.70 | 352.20 | (19,712.97) | 610.95 | (49453.64) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 525.08 | 90,799.84 |
| 04/17/18 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,779.97) | (1,067.00) | (49453.64) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 525.08 | 90,799.84 |
| 05/03/18 | | Arrears Payment | 2,132.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,779.97) | 0.00 | (47321.16) | 2132.48 | 0.00 | 0.00 | 0.00 | 0.00 | 525.08 | 90,799.84 |
| 05/08/18 | 30 | 05/01/18 | 1,533.80 | 921.90 | 567.50 | 567.50 | 567.50 | 354.40 | (20,169.02) | 610.95 | (47321.16) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 526.03 | 90,445.44 |
| | | *Transfer to BSI* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,169.02) | 0.00 | (47321.16) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 526.03 | 90,445.44 |
| 06/11/18 | 30 | 06/01/18 | 1,533.80 | 921.90 | 565.28 | 565.28 | 565.28 | 356.62 | (19,558.07) | 610.95 | (47321.16) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 526.98 | 90,088.82 |
| 07/05/18 | | Arrears Payment | 2,132.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,558.07) | 0.00 | (45188.68) | 2132.48 | 0.00 | 0.00 | 0.00 | 0.00 | 526.98 | 90,088.82 |
| 07/11/18 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (22,101.32) | (2,543.25) | (45188.68) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 526.98 | 90,088.82 |
| 07/12/18 | 30 | 07/01/18 | 1,533.80 | 921.90 | 563.06 | 563.06 | 563.06 | 358.84 | (21,490.37) | 610.95 | (45188.68) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 527.93 | 89,729.98 |
| 08/13/18 | 30 | 08/01/18 | 1,533.80 | 921.90 | 560.81 | 560.81 | 560.81 | 361.09 | (20,879.42) | 610.95 | (45188.68) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 528.88 | 89,368.89 |
| 09/05/18 | | Arrears Payment | 2,157.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,879.42) | 0.00 | (43031.56) | 2157.12 | 0.00 | 0.00 | 0.00 | 0.00 | 528.88 | 89,368.89 |
| 10/03/18 | 30 | 09/01/18 | 1,533.80 | 921.90 | 558.56 | 558.56 | 558.56 | 363.34 | (20,268.47) | 610.95 | (43031.56) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 529.83 | 89,005.55 |
| 10/11/18 | 30 | 10/01/18 | 1,533.80 | 921.90 | 556.28 | 556.28 | 556.28 | 365.62 | (19,657.52) | 610.95 | (43031.56) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 530.78 | 88,639.93 |
| 11/06/18 | | Arrears Payment | 1,090.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,657.52) | 0.00 | (41940.68) | 1090.88 | 0.00 | 0.00 | 0.00 | 0.00 | 530.78 | 88,639.93 |
| 11/08/18 | 30 | 11/01/18 | 1,533.80 | 921.90 | 554.00 | 554.00 | 554.00 | 367.90 | (19,046.57) | 610.95 | (41940.68) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 531.73 | 88,272.03 |
| 12/03/18 | | Arrears Payment | 1,065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,046.57) | 0.00 | (40875.56) | 1065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 531.73 | 88,272.03 |
| 12/10/18 | 30 | 12/01/18 | 1,533.80 | 921.90 | 551.70 | 551.70 | 551.70 | 370.20 | (18,435.62) | 610.95 | (40875.56) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 532.68 | 87,901.83 |
| 01/02/19 | | Arrears Payment | 1,065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (18,435.62) | 0.00 | (39810.44) | 1065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 532.68 | 87,901.83 |
| 01/08/19 | 30 | 01/01/19 | 1,533.80 | 921.90 | 549.39 | 549.39 | 549.39 | 372.51 | (17,824.67) | 610.95 | (39810.44) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 533.63 | 87,529.32 |
| 02/04/19 | | Arrears Payment | 2,130.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (17,824.67) | 0.00 | (37680.20) | 2130.24 | 0.00 | 0.00 | 0.00 | 0.00 | 533.63 | 87,529.32 |
| 02/11/19 | 30 | 02/01/19 | 1,533.80 | 921.90 | 547.06 | 547.06 | 547.06 | 374.84 | (17,213.72) | 610.95 | (37680.20) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 534.58 | 87,154.47 |
| 02/13/19 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,392.29) | (3,178.57) | (37680.20) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 534.58 | 87,154.47 |
| 03/08/19 | 30 | 03/01/19 | 1,533.80 | 921.90 | 544.72 | 544.72 | 544.72 | 377.18 | (19,781.34) | 610.95 | (37680.20) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 535.53 | 86,777.29 |
| 04/02/19 | | Arrears Payment | 1,065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,781.34) | 0.00 | (36615.08) | 1065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 535.53 | 86,777.29 |
| 04/09/19 | 30 | 04/01/19 | 1,533.80 | 921.90 | 542.36 | 542.36 | 542.36 | 379.54 | (19,170.39) | 610.95 | (36615.08) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 536.48 | 86,397.75 |
| 05/03/19 | | Arrears Payment | 1,065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,170.39) | 0.00 | (35549.96) | 1065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 536.48 | 86,397.75 |
| 05/07/19 | 30 | 05/01/19 | 1,533.80 | 921.90 | 539.99 | 539.99 | 539.99 | 381.91 | (18,559.44) | 610.95 | (35549.96) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 537.43 | 86,015.83 |
| 06/04/19 | | Arrears Payment | 1,065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (18,559.44) | 0.00 | (34484.84) | 1065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 537.43 | 86,015.83 |
| 06/10/19 | 30 | 06/01/19 | 1,533.80 | 921.90 | 537.60 | 537.60 | 537.60 | 384.30 | (17,948.49) | 610.95 | (34484.84) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 538.38 | 85,631.53 |
| 07/02/19 | | Arrears Payment | 1,065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (17,948.49) | 0.00 | (33419.72) | 1065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 538.38 | 85,631.53 |
| 07/03/19 | | Escrow Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,156.42) | (1,207.93) | (33419.72) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 538.38 | 85,631.53 |
| 07/10/19 | 30 | 07/01/19 | 1,533.80 | 921.90 | 535.20 | 535.20 | 535.20 | 386.70 | (18,545.47) | 610.95 | (33419.72) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 539.33 | 85,244.83 |
| 07/10/19 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (21,577.78) | (3,032.31) | (33419.72) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 539.33 | 85,244.83 |
| 08/06/19 | | Arrears Payment | 1,065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (21,577.78) | 0.00 | (32354.60) | 1065.12 | 0.00 | 0.00 | 0.00 | 0.00 | 539.33 | 85,244.83 |

| Date rec'd | Days | Date Due/ Description | Total Pd. | Amount Posted | Mo Acc Int. | Cum Acc Int. | Pd Interest | Principal | Escrow Balance | Escrow pmt/ Disb | Arrearage Balance | Arrearage pmt/ Disb | Corp Adv | Corp Adv Pmt/ Disb | Late Chg Bal | Late Chg Pmt/ Disb | Suspense | Prin. Bal. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/12/19 | 30 | 08/01/19 | 1,533.80 | 921.90 | 532.78 | 532.78 | 532.78 | 389.12 | (20,966.83) | 610.95 | (32354.60) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 540.28 | 84,855.71 |
| 09/04/19 | | Arrears Payment | 2,130.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,966.83) | 0.00 | (30224.36) | 2130.24 | 0.00 | 0.00 | 0.00 | 0.00 | 540.28 | 84,855.71 |
| 09/09/19 | 30 | 09/01/19 | 1,533.80 | 921.90 | 530.35 | 530.35 | 530.35 | 391.55 | (20,355.88) | 610.95 | (30224.36) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 541.23 | 84,464.16 |
| 10/07/19 | 30 | 10/01/19 | 1,533.80 | 921.90 | 527.90 | 527.90 | 527.90 | 394.00 | (19,744.93) | 610.95 | (30224.36) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 542.18 | 84,070.16 |
| 11/05/19 | | Arrears Payment | 1,097.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,744.93) | 0.00 | (29126.76) | 1097.60 | 0.00 | 0.00 | 0.00 | 0.00 | 542.18 | 84,070.16 |
| 11/13/19 | 30 | 11/01/19 | 1,533.80 | 921.90 | 525.44 | 525.44 | 525.44 | 396.46 | (19,133.98) | 610.95 | (29126.76) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 543.13 | 83,673.70 |
| 11/30/19 | | Arrears Payment | 1,059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,133.98) | 0.00 | (28067.24) | 1059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 543.13 | 83,673.70 |
| 12/10/19 | 30 | 12/01/19 | 1,533.80 | 921.90 | 522.96 | 522.96 | 522.96 | 398.94 | (18,523.03) | 610.95 | (28067.24) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 544.08 | 83,274.76 |
| 01/13/20 | 30 | 01/01/20 | 1,533.80 | 921.90 | 520.47 | 520.47 | 520.47 | 401.43 | (17,912.08) | 610.95 | (28067.24) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 545.03 | 82,873.33 |
| 01/14/20 | | Arrears Payment | 1,059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (17,912.08) | 0.00 | (27007.72) | 1059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 545.03 | 82,873.33 |
| 02/05/20 | | Arrears Payment | 1,059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (17,912.08) | 0.00 | (25948.20) | 1059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 545.03 | 82,873.33 |
| 02/06/20 | 30 | 02/01/20 | 1,533.80 | 921.90 | 517.96 | 517.96 | 517.96 | 403.94 | (17,301.13) | 610.95 | (25948.20) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 545.98 | 82,469.38 |
| 02/13/20 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,717.11) | (3,415.98) | (25948.20) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 545.98 | 82,469.38 |
| 03/03/20 | | Arrears Payment | 1,059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,717.11) | 0.00 | (24888.68) | 1059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 545.98 | 82,469.38 |
| 03/09/20 | 30 | 03/01/20 | 1,533.80 | 921.90 | 515.43 | 515.43 | 515.43 | 406.47 | (20,106.16) | 610.95 | (24888.68) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 546.93 | 82,062.92 |
| 04/03/20 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (21,336.16) | (1,230.00) | (24888.68) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 546.93 | 82,062.92 |
| 04/07/20 | | Arrears Payment | 2,119.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (21,336.16) | 0.00 | (22769.64) | 2119.04 | 0.00 | 0.00 | 0.00 | 0.00 | 546.93 | 82,062.92 |
| 05/06/20 | 30 | 04/01/20 | 1,533.80 | 921.90 | 512.89 | 512.89 | 512.89 | 409.01 | (20,725.21) | 610.95 | (22769.64) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 547.88 | 81,653.91 |
| 06/02/20 | | Arrears Payment | 1,059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,725.21) | 0.00 | (21710.12) | 1059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 547.88 | 81,653.91 |
| 06/09/20 | 30 | 05/01/20 | 1,533.80 | 921.90 | 510.34 | 510.34 | 510.34 | 411.56 | (20,114.26) | 610.95 | (21710.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 548.83 | 81,242.35 |
| 07/07/20 | 30 | 06/01/20 | 1,553.80 | 921.90 | 507.76 | 507.76 | 507.76 | 414.14 | (19,503.31) | 610.95 | (21710.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 569.78 | 80,828.21 |
| 07/08/20 | | Arrears Payment | 1,059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,503.31) | 0.00 | (20650.60) | 1059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 569.78 | 80,828.21 |
| 07/15/20 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (22,428.52) | (2,925.21) | (20650.60) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 569.78 | 80,828.21 |
| 08/03/20 | | Arrears Payment | 1,059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (22,428.52) | 0.00 | (19591.08) | 1059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 569.78 | 80,828.21 |
| 08/10/20 | 30 | 07/01/20 | 1,553.80 | 921.90 | 505.18 | 505.18 | 505.18 | 416.72 | (21,817.57) | 610.95 | (19591.08) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 590.73 | 80,411.49 |
| 09/08/20 | | Arrears Payment | 2,119.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (21,817.57) | 0.00 | (17472.04) | 2119.04 | 0.00 | 0.00 | 0.00 | 0.00 | 590.73 | 80,411.49 |
| 09/09/20 | 30 | 08/01/20 | 1,553.80 | 921.90 | 502.57 | 502.57 | 502.57 | 419.33 | (21,206.62) | 610.95 | (17472.04) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 611.68 | 79,992.16 |
| 10/27/20 | 30 | 09/01/20 | 1,553.80 | 921.90 | 499.95 | 499.95 | 499.95 | 421.95 | (20,595.67) | 610.95 | (17472.04) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 632.63 | 79,570.21 |
| 11/02/20 | | Arrears Payment | 1,059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,595.67) | 0.00 | (16412.52) | 1059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 632.63 | 79,570.21 |
| 11/10/20 | 30 | 10/01/20 | 1,553.80 | 921.90 | 497.31 | 497.31 | 497.31 | 424.59 | (19,984.72) | 610.95 | (16412.52) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 653.58 | 79,145.62 |
| 12/08/20 | | Arrears Payment | 1,059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,984.72) | 0.00 | (15353.00) | 1059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 653.58 | 79,145.62 |
| 12/16/20 | 30 | 11/01/20 | 1,553.80 | 921.90 | 494.66 | 494.66 | 494.66 | 427.24 | (19,318.79) | 665.93 | (15353.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 619.55 | 78,718.39 |
| 01/06/21 | | Arrears Payment | 1,059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,318.79) | 0.00 | (14293.48) | 1059.52 | 0.00 | 0.00 | 0.00 | 0.00 | 619.55 | 78,718.39 |
| 01/13/21 | 30 | 12/01/20 | 1,553.80 | 921.90 | 491.99 | 491.99 | 491.99 | 429.91 | (18,652.86) | 665.93 | (14293.48) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 78,288.48 |
| 01/15/21 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,941.86) | (1,289.00) | (14293.48) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 78,288.48 |
| | | *Transfer to SN Servicing* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,941.86) | 0.00 | (14293.48) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 78,288.48 |
| 02/05/21 | 30 | 01/01/21 | 1,587.83 | 921.90 | 489.30 | 489.30 | 489.30 | 432.60 | (19,275.93) | 665.93 | (14293.48) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 77,855.88 |
| 02/18/21 | | Arrears Payment | 1,064.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (19,275.93) | 0.00 | (13229.48) | 1064.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 77,855.88 |
| 02/19/21 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (22,763.58) | (3,487.65) | (13229.48) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 77,855.88 |
| 03/08/21 | 30 | 02/01/21 | 1,587.83 | 921.90 | 486.60 | 486.60 | 486.60 | 435.30 | (22,097.65) | 665.93 | (13229.48) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 77,420.58 |
| 04/02/21 | | Arrears Payment | 1,064.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (22,097.65) | 0.00 | (12165.48) | 1064.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 77,420.58 |
| 04/08/21 | 30 | 03/01/21 | 1,587.83 | 921.90 | 483.88 | 483.88 | 483.88 | 438.02 | (21,431.72) | 665.93 | (12165.48) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 76,982.56 |
| 04/14/21 | | Arrears Payment | 1,064.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (21,431.72) | 0.00 | (11101.48) | 1064.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 76,982.56 |
| 05/03/21 | | Arrears Payment | 1,064.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (21,431.72) | 0.00 | (10037.48) | 1064.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 76,982.56 |

| Date rec'd | Days | Date Due/ Description | Total Pd. | Amount Posted | Mo Acc Int. | Cum Acc Int. | Pd Interest | Principal | Escrow Balance | Escrow pmt/ Disb | Arrearage Balance | Arrearage pmt/ Disb | Corp Adv | Corp Adv Pmt/ Disb | Late Chg Bal | Late Chg Pmt/ Disb | Suspense | Prin. Bal. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/06/21 | 30 | 04/01/21 | 1,587.83 | 921.90 | 481.14 | 481.14 | 481.14 | 440.76 | (20,765.79) | 665.93 | (10037.48) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 76,541.80 |
| 06/01/21 | | Arrears Payment | 810.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,765.79) | 0.00 | (9227.12) | 810.36 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 76,541.80 |
| 06/04/21 | 30 | 05/01/21 | 1,587.83 | 921.90 | 478.39 | 478.39 | 478.39 | 443.51 | (20,099.86) | 665.93 | (9227.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 76,098.28 |
| 07/07/21 | 30 | 06/01/21 | 1,587.83 | 921.90 | 475.61 | 475.61 | 475.61 | 446.29 | (19,433.93) | 665.93 | (9227.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 75,652.00 |
| 08/05/21 | 30 | 07/01/21 | 1,587.83 | 921.90 | 472.82 | 472.82 | 472.82 | 449.08 | (18,768.00) | 665.93 | (9227.12) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.52 | 75,202.92 |
| 08/17/21 | | Late Charge Assess | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (18,768.00) | 0.00 | (9227.12) | 0.00 | 0.00 | 0.00 | (36.88) | (36.88) | 585.52 | 75,202.92 |
| | | DISALLOWED PRE-PET FFES | 9,227.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (18,768.00) | 0.00 | 0.00 | 9227.12 | 0.00 | 0.00 | (36.88) | 0.00 | 585.52 | 75,202.92 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (18,768.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (36.88) | 0.00 | 585.52 | 75,202.92 |
| | | ARR Escrow to Escrow | 21,351.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,583.84 | 21,351.84 | 0.00 | 0.00 | 0.00 | 0.00 | (36.88) | 0.00 | 585.52 | 75,202.92 |
| | | Borrower Due: 08/01/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,583.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (36.88) | 0.00 | 585.52 | 75,202.92 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,583.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (36.88) | 0.00 | 585.52 | 75,202.92 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 16-17385 |
| Ismael Lozano | Chapter 13 |
| Debtor. | Hon. Judge Jacqueline P. Cox |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Response to Notice of Final Cure Payment upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on September 8, 2021, before the hour of 5:00 p.m.

Vasilios S. Sarikas, Debtor's Counsel
vss@slawus.com

M.O. Marshall, Trustee
ecf@55chapter13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Ismael Lozano, Debtor
3125 N. Kimball Ave.
Chicago, IL 60618

Dated: September 8, 2021                     Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor